IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    CASE NO. 4:11CR00134 -01 BRW

ROCIO EGUIA                                                  DEFENDANT

## **ORDER**

The Judgment and Commitment Order, Statement of Reasons (Doc. No. 27) entered on

February 6, 2012, is amended to correctly reflect the imprisonment range as 120 - 121 months

and the fine range as $12,500 to $150,000.

All other conditions contained in the original Judgment and Commitment Order shall

remain unchanged and in full force and effect.

IT IS SO ORDERED this 8th day of March, 2012.


                                    /s/Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE